UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY L. ALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT,<br><br>    Defendant. | Case No. 18-cv-06383-JST (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with the Court's order to (1) file a complete application to proceed in forma pauperis ("IFP"), or (2) pay the $400.00 filing fee. Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain a complete IFP application, or full payment for the $400.00 filing fee. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 29, 2018

_____
JON S. TIGAR
United States District Judge