UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKEY L. ALFORD,

    Plaintiff,

v.

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT,

    Defendant.

Case No. 18-cv-06383-JST (PR)

**ORDER REOPENING ACTION**

This action was dismissed without prejudice on November 29, 2018 because plaintiff did not pay the filing fee or file a complete application to proceed in forma pauperis (IFP). Plaintiff has now filed a complete IFP application, which the Court construes as a motion to reopen the action. In the interests of justice, the action is hereby REOPENED. The order of dismissal (ECF No. 3) and judgment (ECF No. 4) are VACATED. Plaintiff's IFP application and complaint will be reviewed in a separate order.

**IT IS SO ORDERED.**

Dated: December 4, 2018

JON S. TIGAR
United States District Judge