# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL C. HOHLER,<br><br>    Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 18-cv-06348-JST (PR) |
| RICKEY LOUIS ALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>MOLLY C. DWYER,<br><br>    Defendant. | Case No. 18-cv-06349-JST (PR) |
| RICKEY LOUIS ALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES COURT OF APPEALS,<br><br>    Defendant. | Case No. 18-cv-6383-JST (PR) |
| RICKEY LOUIS ALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>ALKA SAGAR,<br><br>    Defendant. | Case No. 18-cv-6396-JST (PR) |


1  Plaintiff was ordered on January 16, 2019 to pay the filing fee of $400 in each of the above
2  cases or to show cause by February 15, 2019 why his in forma pauperis (IFP) applications should
3  not be barred by 28 U.S.C. § 1915(g).  He has filed no response to the order nor paid the filing
4  fee.  He has not shown that the restrictions of section 1915(g) do not apply to him.  Accordingly,
5  his IFP applications are DENIED.

6  The actions are DISMISSED without prejudice to plaintiff raising his claims in a new paid
7  complaint.  A $400.00 filing fee must be paid in each separate action that plaintiff wishes to
8  pursue.

9  The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and
10  close the file.

11  **IT IS SO ORDERED.**

12  Dated:  April 29, 2019



JON S. TIGAR
United States District Judge