UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL C. HOHLER,<br><br>　　　　　Defendant. | **JUDGMENT**<br><br>Case No. 18-cv-06348-JST (PR) |
| RICKEY LOUIS ALFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOLLY C. DWYER,<br><br>　　　　　Defendant. | Case No. 18-cv-06349-JST (PR) |
| RICKEY LOUIS ALFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES COURT OF APPEALS,<br><br>　　　　　Defendant. | Case No. 18-cv-6383-JST (PR) |
| RICKEY LOUIS ALFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALKA SAGAR,<br><br>　　　　　Defendant. | Case No. 18-cv-6396-JST (PR) |

1    These actions having been dismissed, judgment is entered in favor of defendants.

2    **IT IS SO ORDERED AND ADJUDGED.**

3    Dated:  April 29, 2019



JON S. TIGAR
United States District Judge